AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _____

FILED
DISTRICT COURT OF GUAM
AUG 09 2002
MARY L. M. MORAN
CLERK OF COURT

CAP AMERICA TRUST,

    V.

GOVERNMENT OF GUAM,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **02-00024**

TO: (Name and address of defendant)
    Carl T.C. Gutierrez
    Governor
    GOVERNOR'S OFFICE (Ufisinan Maga'lahi)
    GOVERNMENT OF GUAM
    Post Office Box 2950
    Hagatna, Guam 96932

*[Stamp: RECEIVED AUG 0 8 2002 GOVERNOR'S OFFICE CENTRAL FILES]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Kevin J. Fowler, Esq.
    DOOLEY LANNEN ROBERTS & FOWLER LLP
    Suite 201, Orlean Pacific Plaza
    865 South Marine Drive
    Tamuning, Guam 96913
    Telephone No. (761) 646-1222
    Facsimile No. (671) 646-1223

an answer to the complaint which is herewith served upon you, within **sixty (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

/s/ [signature]
(BY) DEPUTY CLERK

AUG - 8 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/8/02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jude S. Remotigue | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____
_____
_____

☒ Other (specify): Served a copy of the document to Monica Winterle, Administrative Clerk for the Governor's Office Central Files in which she acknowledged the Document for Governor Carl T.C. Gutierrez. Served at the Governor Office Central Files in Adelup.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $40.00 | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___August 8, 2002___
Date

_[signature]_
Signature of Server

P.O. Box 9067
Tamuning, Guam 96931
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.