AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
DISTRICT COURT OF GUAM
AUG 13 2002
MARY L. M. MORAN
CLERK OF COURT

―――― DISTRICT OF ――――
GUAM

CAP AMERICA TRUST,

**AMENDED**

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-0002

GOVERNMENT OF GUAM,

RECEIVED
AUG 09 2002
GOVERNOR'S OFFICE
CENTRAL FILES

TO: (Name and address of defendant) Carl T.C. Gutierrez
Governor
GOVERNOR'S OFFICE (Ufisinan Maga'lahi)
GOVERNMENT OF GUAM
Post Office Box 2950
Hagatna, Guam 96932

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Fowler, Esq.
DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

AUG - 9 2002
DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/9/02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jude S. Remotigue | Special Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____
_____

☒ Other (specify): I personally served a copy of the document to Monica Winterlie, Administrative Clerk, at Governor's Office Central Files in which she acknowledged the document for Governor Carl T.C. Gutierrez.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $40.00 | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/02
              Date       Signature of Server

              PO Box 9067
              Tamuning, Guam 96931
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.