AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
AUG 13 2002
MARY L. M. MORAN
CLERK OF COURT

CAP AMERICA TRUST,

**AMENDED SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-00024

GOVERNMENT OF GUAM,

RECEIVED
AUG 9 2002 4:26p
ATTORNEY GENERAL'S OFFICE

TO: (Name and address of defendant)
Robert H. Kono, Esq.
Acting Attorney General
OFFICE OF THE ATTORNEY GENERAL
GOVERNMENT OF GUAM
Suite 2-200E, Guam Judicial Center
120 West O'Brien Drive
Hagatna, Guam 96932

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Fowler, Esq.
DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(BY) DEPUTY CLERK

AUG - 9 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/9/02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jude S. Remotigue | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☒ Other (specify): I personally served a copy of the document to Joyce Siguenza, Administrative Clerk for the Office of the Attorney General, in which she acknowledged the document for Acting AG, Robert H. Kono,

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $40.00 | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/02
Date

Signature of Server

PO Box 9067
Tamuning, Guam 96931
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.