IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CAP AMERICA TRUST,

        Plaintiff,

        vs.

GOVERNMENT OF GUAM,

        Defendant.

CIVIL CASE NO. 02-00024

DECLARATION OF SERVICE

**I, FRANCISCO M. SANTOS,** declare:

I am a Process Officer of the Attorney General's Office over the age of eighteen and not a party in interest in the above-entitled case. I served copies of the **ANSWER** by delivering to:

| **WHERE SERVED** | **DATE/TIME** |
| --- | --- |
| Kevin J. Fowler<br>Dooley Lannen Roberts & Fowler LLP<br>Suite 201, Orlean Pacific Plaza<br>865 South Marine Dr., Tamuning | 08/29/02; 3:06 p.m. |

Dated this 30th day of August, 2002.

FRANCISCO M. SANTOS
Process Officer

**OFFICE OF THE ATTORNEY GENERAL**
Civil Litigation Division
Suite 2-200E, Judicial Center Building
120 West O'Brien Drive
Hagåtña, Guam 96910
TEL: 475-3324 FAX: 472-2493

## ORIGINAL