1

2

3

4

5

6

7

8

F I L E D
DISTRICT COURT OF GUAM
SEP 18 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9 | CAP AMERICA TRUST,

10          Plaintiff,

11     vs.

12 | GOVERNMENT OF GUAM,

13          Defendant.

Civil Case No. 02-00024

**SCHEDULING NOTICE**

14

15 **Kevin J. Fowler**
**DOOLEY LANNEN ROBERTS**
16 **   & FOWLER LLP**
**Suite 201, Orlean Pacific Plaza**
17 **865 South Marine Drive**
**Tamuning, GU 96913**

**J. Basil O'Mallan, III**
**Assistant Attorney General**
**OFFICE OF THE ATTORNEY GENERAL**
**Civil Litigation Unit**
**Suite 2-200E, Judicial Center Building**
**120 West O'Brien Drive**
**Hagatna, GU 96910**

18

19      The Local Rules establish procedures for complying with Rules 16(b) and 26(f) of the

20 Federal Rules of Civil Procedure. Counsel should study the Local Rules before attempting to

21 process cases in this Court.

22      Pursuant to Local Rules 16.1 and 16.2, it is hereby ORDERED that:

23          1.     Counsel of record and all <u>pro se</u> litigants that have appeared in the case

24 must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty

25 (60) days after the filing of the complaint, prior to commencing discovery.

26          2.     A proposed Scheduling Order and a proposed Discovery Plan shall be

1 filed on or before the 22nd day of October, 2002. Careful and immediate attention should be
2 given to the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance
3 with Federal Rules 16(b) and 26(f), and Local Rules.

4         3.     Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff,
5 must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by
6 a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se
7 plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The
8 failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order
9 may result in the imposition of sanctions.

10         4.     Counsel of record and all pro se litigants that have appeared in the case
11 are jointly responsible for submitting a Proposed Discovery Plan to the Court.

12         5.     A Scheduling Conference shall be held on the **6th** day of **November,**
13 **2002 at 3:00 p.m.**

14         6.     Counsel are reminded that:
15             a)     The filing of motions does not postpone discovery.
16             b)     Local Rule 37.1 governs discovery disputes and motions.
17             c)     The number and form of interrogatories are governed by Local
18                 Rule 33.1.
19             d)     Discovery documents and certificates of service shall not be filed
20                 with the Clerk until there is a proceeding in which the document
21                 or proof of service is in issue.

22

23 Dated: September 18, 2002                 MARY L. M. MORAN
24                                Clerk of Court
25                                  By:_____
26                                Deputy Clerk