DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff
CAP America Trust

FILED
DISTRICT COURT OF GUAM
OCT 31 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| CAP AMERICA TRUST, | CIVIL ACTION CASE NO. 02-00024 |
| Plaintiff, | |
| vs. | **STIPULATED FINAL JUDGMENT AND PAYMENT ORDER** |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

The above-captioned parties, through counsel, hereby stipulate to the entry of judgment as follows:

1. Judgment shall be entered in favor of Plaintiff, CAP America Trust, in the amount of $662,000.00.

2. The Defendant, Government of Guam, shall pay the sum of $500,000.00 to Plaintiff, CAP America Trust, on or before November 11, 2002.

3. The Defendant, Government of Guam, shall pay the sum of $162,000.00 to Plaintiff, CAP America Trust, on or before December 31, 2002.

4. Interest shall accrue, from the date any payment is not made on the date it is due as set forth above, at the rate of interest as provided in 28 U.S.C.S. §1961(c)(1) and 26 U.S.C.S. §6621.

5. The parties shall bear their respective costs and attorneys' fees.

6. The Court shall retain jurisdiction to enforce the terms of this Stipulated Final Judgment.

SO STIPULATED:

DOOLEY LANNEN ROBERTS & FOWLER LLP

Date: 10/28/02    By: _____
**KEVIN J. FOWLER**
Attorneys for Plaintiff

OFFICE OF THE ATTORNEY GENERAL
- CIVIL LITIGATION UNIT

Date: 10/28/02    By: _____
**J. BASIL O'MALLAN, III**
Attorneys for Defendant

SO ORDERED AND ADJUDGED this 31st day of October, 2002.

_____
**JOHN S. UNPINGCO**
Chief District Judge

Notice is hereby given that this document was entered on the docket on 10/31/02. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 10/31/02
Deputy Clerk    Date

KJF:lml F#C272 D#CAP America-GovGuam – Stipulated Final Judgment and Payment Order

RECEIVED
OCT 29 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM