DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Plaintiff
CAP America Trust

**FILED**
DISTRICT COURT OF GUAM
JAN 16 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CAP AMERICA TRUST, ) | CIVIL ACTION CASE NO. 02-00024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SATISFACTION OF JUDGMENT** |
| ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**TO: CLERK, DISTRICT COURT OF GUAM**

PLEASE TAKE NOTICE that the Stipulated Final Judgment and Payment Order in the above-captioned matter against Government of Guam has been fully paid and satisfied.

Dated this 15th day of January, 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
KEVIN J. FOWLER
Attorneys for Plaintiff

KJF:lml F#C272 D#CAP America-GovGuam – Satisfaction of Judgment